Fill in this information to identify your case:

Debtor 1: **Amy M Tolliver**
First Name   Middle Name   Last Name

Debtor 2 (Spouse if, filing):
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this an amended filing

Official Form B 3A
## Application for Individuals to Pay the Filing Fee in Installments   12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**
   - ■ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

2. **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

   **You propose to pay...**

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   | | | | |
   |---|---|---|---|
   | $ 83.75 | ☐ With the filing of the petition | | |
   | | ■ On or before this date......... | 1/09/15 | MM / DD / YYYY |
   | $ 83.75 | On or before this date........... | 2/09/15 | MM / DD / YYYY |
   | $ 83.75 | On or before this date........... | 3/11/15 | MM / DD / YYYY |
   | + $ 83.75 | On or before this date........... | 4/10/15 | MM / DD / YYYY |

   **Total** $ **335.00**   Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.
- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X **/s/ Amy M Tolliver**
**Amy M Tolliver**
Signature of Debtor 1

X _____
Signature of Debtor 2

X **/s/ Stephen A. Clark**
**Stephen A. Clark 6296092**
Your attorney's name and signature, if you used one

Date **December 18, 2014**
MM / DD / YYYY

Date _____
MM / DD / YYYY

Date **December 18, 2014**
MM/ DD / YYYY

Official Form B 3A   **Application for Individuals to Pay the Filing Fee in Installments**
Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Amy M Tolliver** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (*if known*) | | | |

Chapter filing under:
■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| **You must pay…** | **On or before this date…** |
|---|---|
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| + $ _____ | _____ Month / day / year |
| **Total**   $ _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____         **By the court:**   _____
Month / day / year                        United States Bankruptcy Judge

Official Form B 3A    **Application for Individuals to Pay the Filing Fee in Installments**
Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Mary E Selby** _____ Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**

   Include amounts paid by any government assistance that you reported on line 2.    $ _____ 976.05

   If you have already filled out Schedule J, Your Expenses, copy line 22 from that form.

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   - ■ No
   - ☐ Yes. Identify who.....

8. **Does anyone other than you regularly pay any of these expenses?**
   - ■ No
   - ☐ Yes. How much do you regularly receive as contributions? $ __0.00__ monthly

   If you have already filled out Schedule I: Your Income, copy the total from line 11.

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   - ■ No
   - ☐ Yes. Explain. ..........

## Part 3: Tell the Court About Your Property

If you have already filled out Schedule A: Real Property (Official Form 6A) and Schedule B: Personal Property (Official Form B 6B), attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    Examples: Money you have in your wallet, in your home, and on hand when you file this application.
    Cash: $ _____

11. **Bank accounts and other deposits of money?**
    Examples: Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | | $ |
    | Savings account: | | $ |
    | Other financial accounts: | | $ |
    | Other financial accounts: | | $ |

12. **Your home?** (if you own it outright or are purchasing it)

    Examples: House, condominium, manufactured home, or mobile home

    Number Street _____  Current value:  $ _____
    City _____ State _____ Zip Code _____  Amount you owe on mortgage and liens:  $ _____

13. **Other real estate?**

    Number Street _____  Current value:  $ _____
    City _____ State _____ Zip Code _____  Amount you owe on mortgage and liens:  $ _____

14. **The vehicles you own?**
    Examples: Cars, vans, trucks

    Make: _____
    Model: _____
    Year: _____

    Current value: $ _____
    Amount you   $ _____

Official Form B 3B                Application to Have the Chapter 7 Filing Fee Waived                page 2

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Mary E Selby** _____  Case number (if known) _____

|  |  |  |  |
|---|---|---|---|
| sports utility vehicles, motorcycles, tractors, boats | Mileage _____ | | owe on liens: _____ |
| | Make: _____ | | Current value: $ _____ |
| | Model: _____ | | |
| | Year: _____ | | Amount you owe on liens: $ _____ |
| | Mileage _____ | | |

15. **Other assets?** Do not include household items and clothing.
    Describe the other assets: _____
    Current value: $ _____
    Amount you owe on liens: $ _____

16. **Money or property due you?**

    *Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

    Who owes you the money or property? _____
    How much is owed? $ _____
    $ _____

    Do you believe you will likely receive payment in the next 180 days?
    ☐ No
    ☐ Yes. Explain:
    _____

### Part 4: Answer These Additional Questions

17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?

    ☐ No
    ■ Yes. Whom did you pay? *Check all that apply:*
    ■ An Attorney
    ☐ A bankruptcy petition preparer, paralegal, or typing service
    ☐ Someone else ___

    How much did you pay?
    $ _____ 650.00

18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?

    ■ No
    ☐ Yes. Whom do you expect to pay? *Check all that apply:*
    ☐ An Attorney
    ☐ A bankruptcy petition preparer, paralegal, or typing service
    ☐ Someone else ___

    How much do you expect to pay?
    $ _____ 0.00

19. Has anyone paid someone on your behalf for services for this case?

    ■ No
    ☐ Yes. Who was paid on your behalf? *Check all that apply:*
    ☐ An Attorney
    ☐ A bankruptcy petition preparer, paralegal, or typing service
    ☐ Someone else ___

    Who paid? *Check all that apply:*
    ☐ Parent
    ☐ Brother or sister
    ☐ Friend
    ☐ Pastor or clergy
    ☐ Someone else ___

    How much did someone else pay?
    $ _____ 0.00

20. Have you filed for bankruptcy within the last 8 years?

    ■ No
    ☐ Yes.

    | District _____ | When _____ MM/DD/YYYY | Case Number _____ |
    |---|---|---|
    | District _____ | When _____ MM/DD/YYYY | Case Number _____ |
    | District _____ | When _____ MM/DD/YYYY | Case Number _____ |

Debtor 1    **Mary E Selby** _____    Case Number (if known) _____

## Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X _/s/ Mary E Selby_____    X _____
Mary E Selby
Signature of Debtor 1                            Signature of Debtor 2

Date   **December 16, 2014**                    Date _____

Fill in this information to identify your case.

Debtor 1: **Mary E Selby**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

Official Form B 3B
# Application to Have the Chapter 7 Filing Fee Waived
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

1. **What is the size of your family?**
   *Your family* includes you, your spouse, and any dependents listed on *Schedule J: Current Expenditures of Individual Debtor(s)* (Official Form 6J).

   Check all that apply:
   ■ You
   ☐ Your spouse
   ☐ Your dependents

   How many dependents? 0
   Total number of people: 1

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   That person's average monthly net income (take-home pay)

   You.............. $ 664.15

   If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

   Your spouse + $ 0.00

   Subtotal......... $ 664.15

   Subtract any non-cash governmental assistance that you included above.  − $ 0.00

   Your family's average monthly net income   Total............. $ 664.15

3. **Do you receive non-cash governmental assistance?**
   ■ No
   ☐ Yes. Describe........

   Type of assistance:

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ■ No
   ☐ Yes. Explain. ..........

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

   Debtor has had a large loss of income and does not believe that she will receive unemployment benefits.

---

Official Form B 3B           Application to Have the Chapter 7 Filing Fee Waived           page 1

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy